1 JAMES B. CHANIN (SBN 76043)
  JULIE M. HOUK    (SBN 114968)
  LAW OFFICES OF JAMES B. CHANIN
2 3050 Shattuck Avenue
  Berkeley, California  94705
3 Telephone:   (510) 848-4752, Ext. 2
  Facsimile:    (510) 848-5819
4 Email:         jbcofc@aol.com

5

6 Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 A.D., a minor, et al.,                ) CASE NO.: C07-0897 MHP
                                         )
12          Plaintiffs,                  ) **AMENDED STIPULATION AND**
                                         ) ~~**[PROPOSED]**~~ **ORDER EXTENDING**
13                                       ) **DEADLINE TO COMPLETE**
                                         ) **MEDIATION**
14 vs.                                   )
                                         )
15                                       )
   CITY AND COUNTY OF SAN                )
16 FRANCISCO;  et al.,                   )
                                         )
17          Defendants.                  )
                                         )
18                                       )

19 _____

20     WHEREAS, all parties believe that additional discovery needs to be completed in order

21 to have a productive mediation session;

22     WHEREAS, plaintiffs' counsel has been attempting to locate a key percipient witness to

23 the underlying incident so that he may be deposed prior to the mediation; and

24

25     WHEREAS, the parties have met and conferred with each other and the mediator and

26 have all agreed upon a mediation date that is prior to the further Case Management Conference

27 set for October 22, 2007, and

28

1  WHEREAS, counsel for the parties were advised that the Mediator is not available to
2  hold the Mediation on October 16, 2007, as the parties had anticipated, but the parties expect to
3  be able to complete the Mediation prior to the October 22, 2007, Case Management Conference,
4  THE PARTIES DO HEREBY AGREE, STIPULATE AND RESPECTFULLY
5  REQUEST that the Court extend the deadline for the parties to complete the mediation in the
6
7  above-entitled action to October 19, 2007.
8
9  IT IS SO STIPULATED:
10
   Dated: September 7, 2007                         _____
11                                                  JAMES B. CHANIN
                                                    Attorney for Plaintiffs
12

13
   Dated: September 7, 2007                         _____
14                                                  SEAN F. CONNOLLY
                                                    Attorney for Defendants
15

16 PURSUANT TO STIPULATION,
   IT IS SO ORDERED:
17

18 Dated: September 11, 2007
19

**IT IS SO ORDERED**

Judge Marilyn H. Patel

A.D., et al. v. City and County of San Francisco, Case No. C07-0897 MHP        2
Amended Stip/Order Extending Mediation Deadline