JAMES B. CHANIN (SBN 76043)
JULIE M. HOUK     (SBN 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California 94705
Telephone:  (510) 848-4752, Ext. 2
Facsimile:   (510) 848-5819
Email:       jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D., a minor, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>        Defendants. | CASE NO.: C07-0897 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR 60 DAY CONDITIONAL DISMISSAL**<br><br>**Trial Date: June 24, 2008**<br>**Courtroom: 15, 18th Floor**<br>**The Hon. Marilyn H. Patel** |

WHEREAS, the parties have settled the above-entitled action in its entirety, subject to the final payment of the settlement funds by defendant CITY AND COUNTY OF SAN FRANCISCO to plaintiffs and their counsel,

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE, AGREE AND REQUEST THAT:

The Court enter a sixty (60) day conditional dismissal in this action.  In the event that final payment of the settlement funds is not made to plaintiffs and their counsel within sixty days of the Court's entry of the Order on this Stipulation, plaintiffs counsel shall notify the Court so

that a further Case Management Conference may be scheduled.  In the event that the Court does not receive such notice from plaintiffs' counsel within sixty days of the entry of the Court's Order on this Stipulation,  this action shall be dismissed with prejudice pursuant to the settlement agreement reached between the parties, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: February 25, 2008 _____/S/_____
JAMES B. CHANIN
Attorney for Plaintiffs

Dated:  February 25, 2008 _____/S/_____
SEAN F. CONNOLLY
Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated:  2/26     , 2008    _____
MARILYN H. PATEL
JUDGE
DISTRICT COURT

IT IS SO ORDERED
Judge Marilyn H. Patel