```
JAMES B. CHANIN (SBN 76043)
JULIE M. HOUK    (SBN 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:    (510) 848-5819
Email:        jbcofc@aol.com
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D., a minor, et al., | CASE NO.:  C07-0897 MHP |
| Plaintiffs, | **FURTHER STIPULATION AND [PROPOSED] ORDER FOR AN ADDITIONAL 45 DAYS ON CONDITIONAL DISMISSAL** |
| vs. | **Trial Date: June 24, 2008**<br>**Courtroom: 15, 18th Floor**<br>**The Hon. Marilyn H. Patel** |
| CITY AND COUNTY OF SAN FRANCISCO; et al., | |
| Defendants. | |

   WHEREAS, the parties have settled the above-entitled action in its entirety, subject to the final payment of the settlement funds by defendant CITY AND COUNTY OF SAN FRANCISCO to plaintiffs and their counsel,

   WHEREAS, the Court previously Ordered that this matter be conditionally dismissed pending the parties completing the final payment of the settlement funds, and

   WHEREAS, the defendants have not yet paid the settlement funds to plaintiffs and need additional time to complete the terms of the settlement,

A.D., et al. v. City and County of San Francisco, Case No. C07-0897 MHP         1
Further Stip and [Proposed] Order for Conditional Dismissal

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE, AGREE AND REQUEST THAT:

The Court extend the conditional dismissal deadline for a further forty-five (45) days from April 25, 2008 to June 14, 2008, to provide defendants with additional time to finalize the settlement and complete payment of the settlement funds to plaintiffs in the above-entitled action. In the event that final payment of the settlement funds is not made to plaintiffs and their counsel on or before June 14, 2008, plaintiffs' counsel shall notify the Court so that a further Case Management Conference may be scheduled. In the event that the Court does not receive such notice from plaintiffs' counsel on or before June 14, 2008, this action shall be dismissed with prejudice pursuant to the settlement agreement reached between the parties, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: April 21, 2008                          _____/S/_____
                                               JAMES B. CHANIN
                                               Attorney for Plaintiffs

Dated: April 21, 2008                          _____/S/_____
                                               SEAN F. CONNOLLY
                                               Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: _April 22___, 2008

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

A.D., et al. v. City and County of San Francisco, Case No. C07-0897 MHP          2
Further Stip and [Proposed] Order for Conditional Dismissal