1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   CELIA W. LEE, State Bar #172981
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3863
   Facsimile:     (415) 554-3837
7  E-Mail:        sean.connolly@sfgov.org

8

   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG,
   OFFICER JESSE FARRELL, OFFICER GABRIEL ALCARAZ
10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 | A.D., a minor, by and through his Guardian ad Litem, Vivian Young; WILLIAM TATE, Jr.; and MUSTAFA MUHYEE, | Case No. C07-0897 MHP
   |  | **STIPULATED REQUEST DISMISSAL AND [~~PROPOSED~~] ORDER**
   | Plaintiffs, |
   | vs. |
   | CITY AND COUNTY OF SAN FRANCISCO; HEATHER FONG; OFFICER JESSE FARRELL OR DOE 1; OFFICER GABRIEL ALCARAZ OR DOE 2; DOES 3-100, inclusive, |
   | Defendants. |

24  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

25      A settlement agreeable to all parties has been reached in the above-mentioned matter. The

26  parties respectfully request that this case be dismissed with prejudice; each party to bear their own

27  costs and attorneys' fees.

28

Dated: May 31, 2008

LAW OFFICES OF JAMES B. CHANIN

By:  s/James B. Chanin
JAMES B. CHANIN

Attorneys for Plaintiffs
A.D., a minor, by and through his Guardian ad Litem, Vivian Young; WILLIAM TATE, Jr.; and MUSTAFA MUHYEE

Dated: May 29, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
SEAN F. CONNOLLY
CELIA W. LEE
Deputy City Attorneys

By:  s/Sean F. Connolly
SEAN F. CONNOLLY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, OFFICER JESSE FARRELL, OFFICER GABRIEL ALCARAZ

**ORDER**

**IT IS SO ORDERED.**

Dated: 6/3/2008

_____
The Honorable
United States

IT IS SO ORDERED
Judge Marilyn H. Patel

Request for Dismissal
A.D. v. CCSF; Case No. C07-0897 MHP

2

n:\lit\li2008\071134\00462365.doc